# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-1087**  **September Term, 2021**

FDA-85FR13312

Filed On: November 30, 2021 [1924698]

The Judge Rotenberg Educational Center, Inc.,

      Petitioner

    v.

United States Food and Drug Administration, et al.,

      Respondents

------------------------------

Consolidated with 20-1088

## M A N D A T E

In accordance with the judgment of July 6, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

           BY:    /s/
                    Daniel J. Reidy
                  Deputy Clerk

Link to the judgment filed July 6, 2021